UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Walker,

                        Plaintiffs,

      -against-

Town of Woodbury, et al.,

                        Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-06363-NSR-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

**PLEASE NOTE NEW DIAL IN INFORMATION. THE DATE AND TIME OF THE CONFERENCE HAS NOT CHANGED.**

A Status Conference (via telephone) is hereby scheduled **March 28, 2024 at 12 pm.**

The parties are to dial in to Teams conference line at **1 914-292-4033**, enter the Conference ID **119 278 047 2** and then # to enter the conference.

      **SO ORDERED.**

DATED:    White Plains, New York
               February 22, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge